**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ROBERT KAY, individually and on behalf of all others similarly situated,**<br>　　　　　Plaintiff,<br><br>　　　　V.<br>**LIONBRIDGE TECHNOLOGIES, INC.**<br>**RORY J. COWAN, EDWARD A.**<br>**BLECHSCHMIDT, MICHAEL DALLAS,**<br>**GUY L. DE CHAZAI, SUSAN KANTOR,**<br>**PAUL A. KAVANAGH, JACK NOONAN,**<br>**JAMES A. QUELLA, CLAUDE P. SHEER,**<br>**H.I.G. CAPITAL, LLC, LBT ACQUISITION, INC.**<br>**and LBT MERGER SUB, INC.,**<br>　　　　　Defendants.<br>　　　　　. | **CIVIL ACTION**<br>**No. 17-10135-DPW** |

## ORDER OF DISMISSAL

**WOODLOCK, J.**

　　For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　/s/ Barbara Beatty_____
DATE:   June 6, 2017　　　　　　　　Deputy Clerk